

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| J.P. MORGAN CHASE BANK, N.A., Appellant, | § | No. 08-13-00065-CV |
| | § | Appeal from the |
| v. | § | 34th District Court |
| DEL MAR PROPERTIES, L.P., Appellee. | § | of El Paso County, Texas |
| | § | (TC# 2009-2058) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore vacate the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF AUGUST, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.